**No. 10-9732. Serajul Haque, Jr., Petitioner v. Immigration and Customs Enforcement, et al.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 908, 2011 U.S. LEXIS 4959.

June 27, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 1017, 131 S. Ct. 2910, 179 L. Ed. 2d 1262, 2011 U.S. LEXIS 3887.

**No. 10-9737. Serajul Haque, Jr., Petitioner v. Department of Homeland Security, et al.**

564 U.S. 1050, 131 S. Ct. 3086, 180 L. Ed. 2d 908, 2011 U.S. LEXIS 4877.

June 27, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 1017, 131 S. Ct. 2910, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3961.